CLOSED, PATENT

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:99-cv-00357-JJF
# Internal Use Only

| | |
|---|---|
| Telcordia Tech Inc. v. FORE Systems Inc. | Date Filed: 06/08/1999 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 830 Patent |
| Case in other court: USDC/DE, 98cv586MMS | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Telcordia Technologies Inc.**     represented by   **Richard K. Herrmann**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: rherrmann@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FORE Systems Inc.**     represented by   **William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**State of Minnesota, Office of the Attorney General**     represented by   **Gregory P. Huwe**
Gregory P. Huwe, Esquire
State of Minnesota
Office of the Attorney General
525 Park Street, Suite 200
St. Paul, MN 55103-2106
(800) 657-3787
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Memorial Sloan-Kettering Cancer Center** | represented by | **Roger N. Parker**<br>Roger N. Parker, Esquire<br>Memorial Sloan-Kettering Cancer Center<br>1275 York Avenue<br>New York, NY 10021<br>(212) 639-5800<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **FORE Systems Inc.** | represented by | **William J. Marsden, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Telcordia Technologies Inc.** | represented by | **Richard K. Herrmann**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/1999 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 126101 (dab) (Entered: 06/09/1999) |
| 06/08/1999 | | DEMAND for jury trial by Telcordia Tech Inc. (dab) (Entered: 06/09/1999) |
| 06/08/1999 | | SUMMONS(ES) issued for FORE Systems Inc. (dab) (Entered: 06/09/1999) |
| 06/08/1999 | 2 | Report to Commissioner of Patents and Trademarks. RE: 4,833,671 & 5,130,984 Exit original. (dab) Modified on 06/09/1999 (Entered: 06/09/1999) |
| 06/15/1999 | 3 | RETURN OF SERVICE executed as to FORE Systems Inc. 6/9/99 Answer due on 6/29/99 for FORE Systems Inc. (dab) (Entered: 06/15/1999) |
| 06/16/1999 | 4 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (ntl) (Entered: 06/16/1999) |
| 06/28/1999 | 5 | STIPULATION with proposed order that the time for dft. to respond to pltf's complaint is extended to 7/13/99. (sm) (Entered: 06/29/1999) |
| | | |

| | | |
|---|---|---|
| 11/30/1999 | 35 | CERTIFICATE OF SERVICE by FORE Systems Inc. RE: Dft's reply to pltf's 1st set of request for inspection and/or production of documents and things (request 1-155). (sm) (Entered: 12/06/1999) |
| 12/06/1999 | 36 | NOTICE of Subpoena Duces Tecum directed to ADC Telecommunications, Inc. dba ADC Kentrox by Telcordia Tech Inc. (sm) (Entered: 12/09/1999) |
| 12/17/1999 | 37 | NOTICE by FORE Systems Inc. to take deposition of FORE Systems, Inc. on 1/14/00 at 9:00 a.m. (sm) (Entered: 01/03/2000) |
| 12/23/1999 | 38 | MOTION by FORE Systems Inc. with Proposed Order for N. Thane Bauz, Esq. to Appear Pro Hac Vice re: [38-1] motion (sm) (Entered: 01/04/2000) |
| 12/29/1999 | | So Ordered GRANTING [38-1] motion for N. Thane Bauz, Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 01/04/2000) |
| 12/29/1999 | 39 | Letter to the Court dated 12/29/99 by Richard K. Herrmann, Esq. RE: Pltf's outline of discovery disputes. (sm) (Entered: 01/05/2000) |
| 12/29/1999 | 40 | EXHIBIT E to letter Filed by Telcordia Tech Inc. Appending D.I. 39 (SEALED) (sm) (Entered: 01/05/2000) |
| 12/30/1999 | 41 | ORDER, set Telephone Conference for 9:00 1/7/00 ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 01/05/2000) |
| 12/30/1999 | | Tele-conference held (Farnan, J), B. Gaffigan, rptr; Telephone status conference is rescheduled to 1/7/00. The parties will submit an agreed upon scheduling order by 12/31/99. (sm) (Entered: 01/05/2000) |
| 01/03/2000 | 42 | NOTICE by FORE Systems Inc. to take deposition of Arturo Cisneros on 1/24/00 and 1/25/00 at 9:00 a.m. (sm) (Entered: 01/06/2000) |
| 01/03/2000 | 43 | NOTICE by FORE Systems Inc. to take deposition of Mark Beckner on 1/18/00 and 1/19/00 at 9:00 a.m. (sm) (Entered: 01/06/2000) |
| 01/03/2000 | 44 | NOTICE by FORE Systems Inc. to take deposition of Frederick Porter on 1/21/00 at 9:00 a.m. (sm) (Entered: 01/06/2000) |
| 01/04/2000 | 45 | CERTIFICATE OF SERVICE by Telcordia Tech Inc. RE: Pltf's 2nd set of requests for inspection and/or production of documents and things (requests 156-159) & Pltf's 2nd set of interrogs. (nos. 13-15). (sm) (Entered: 01/06/2000) |
| 01/05/2000 | 46 | NOTICE of Subpoena for the Deposition and Production of Documents and Things of Triquint Semiconductor, Inc. by Telcordia Tech Inc. (sm) (Entered: 01/06/2000) |
| 01/05/2000 | 47 | NOTICE of Subpoena for the Deposition and Production of Documents and Things of Vitesse Semiconductor Corporation by Telcordia Tech Inc. (sm) (Entered: 01/06/2000) |
| 01/05/2000 | 48 | NOTICE of Subpoena for the Deposition and Production of Documents |

| | | |
|---|---|---|
| | | and Things of Applied Micro Circuits Corporation by Telcordia Tech Inc. (sm) (Entered: 01/06/2000) |
| 01/05/2000 | 49 | NOTICE of Subpoena for the Deposition and Production of Documents and Things of PMC-Sierra, Inc. by Telcordia Tech Inc. (sm) (Entered: 01/06/2000) |
| 01/05/2000 | 50 | NOTICE of Subpoena Duces Tecum upon International Business Machines Corporation, c/o Alec S. Berman by Telcordia Tech Inc. (sm) (Entered: 01/06/2000) |
| 01/05/2000 | 51 | NOTICE of Subpoena Duces Tecum upon ODS Networks, Inc., c/o G. Ward Paxton by Telcordia Tech Inc. (sm) (Entered: 01/06/2000) |
| 01/05/2000 | 52 | NOTICE of Subpoena Duces Tecum upon INTEL Corporation, c/o F. Thomas Dunlap, Jr. by Telcordia Tech Inc. (sm) (Entered: 01/06/2000) |
| 01/06/2000 | 53 | Letter to the Court dated 1/6/00 by Fish & Richardson counsel for dft. (SEALED) (sm) (Entered: 01/11/2000) |
| 01/06/2000 | 54 | Amended Letter to the Court dated 1/6/00 by Fish & Richardson, counsel for dft. (SEALED) (sm) (Entered: 01/11/2000) |
| 01/07/2000 | | Tele-conference held (Farnan, J), B. Gaffigan, rptr; Deposition dispute resolved. The parties to submit a revised scheduling order by end of January, 2000. (sm) (Entered: 01/12/2000) |
| 01/10/2000 | 55 | TRANSCRIPT filed [0-0] telephone conference for dates of 1/7/00, B. Gaffigan, rptr. (sm) (Entered: 01/13/2000) |
| 01/10/2000 | 56 | AMENDED NOTICE by FORE Systems Inc. to take deposition of Telcordia Technologies, Inc. on 1/18/00 at 9:30 a.m. (sm) (Entered: 01/13/2000) |
| 01/11/2000 | 57 | Steno Notes for 1/7/00 teleconference, B. Gaffigan, rptr. (sm) (Entered: 01/13/2000) |
| 01/11/2000 | 58 | ORDER that 1) the applications contained in Pltf's letter to the Court dated 12/29/99 (D.I. 39) are DENIED with leave to renew if the forthcoming depositions indicate a need for further discovery in the areas discussed in the letter; 2) Parties shall submit a proposed scheduling order by 1/28/00. set Notice of Compliance deadline to 1/28/00 ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 01/13/2000) |
| 01/11/2000 | 59 | NOTICE by FORE Systems Inc. to take deposition of Jules Bellisio on 2/4/00 at 9:00 a.m. (sm) (Entered: 01/13/2000) |
| 01/11/2000 | 60 | NOTICE by FORE Systems Inc. to take deposition of Mark Garrett on 2/3/00 at 9:00 a.m. (sm) (Entered: 01/13/2000) |
| 01/11/2000 | 61 | NOTICE by FORE Systems Inc. to take deposition of Kuang-Ishu on 1/20/00 at 9:00 a.m. (sm) (Entered: 01/13/2000) |
| 01/14/2000 | 62 | CERTIFICATE OF SERVICE by Telcordia Tech Inc. RE: Pltf's |

| Date | No. | Description |
|---|---|---|
| 02/08/2000 | 76 | CERTIFICATE OF SERVICE by FORE Systems Inc. RE: Dft's 2nd set of interrogs. Nos. 19-30 to pltf. (sm) (Entered: 02/11/2000) |
| 02/09/2000 | 77 | STIPULATION And Protective Order with proposed order (sm) (Entered: 02/15/2000) |
| 02/10/2000 | | Deadline updated; set Telephone Conference for 12:30 2/23/00 per calendar notice. (sm) (Entered: 02/15/2000) |
| 02/10/2000 | 78 | NOTICE by FORE Systems Inc. to take deposition of James Falk on 2/22/00 at 9:00 a.m. (sm) (Entered: 02/15/2000) |
| 02/15/2000 | 79 | NOTICE by Telcordia Tech Inc. to take deposition of John J. Dials, Jr. on 2/23/00 at 9:00 a.m. (sm) (Entered: 02/16/2000) |
| 02/15/2000 | 80 | NOTICE by Telcordia Tech Inc. to take deposition of Ansel M. Schwartz on 2/20/00 at 9:00 a.m. (sm) (Entered: 02/16/2000) |
| 02/16/2000 | 81 | NOTICE by FORE Systems Inc. to take deposition of Grant Clark on 3/1/00 at 9:00 a.m. (sm) (Entered: 02/16/2000) |
| 02/16/2000 | 82 | NOTICE by FORE Systems Inc. to take deposition of Richard Smith on 3/1/00 at 2:00 p.m. (sm) (Entered: 02/16/2000) |
| 02/16/2000 | 83 | NOTICE by FORE Systems Inc. to take deposition of Sanjiv Ahuja on 3/1/00 at 12:00 p.m. (sm) (Entered: 02/16/2000) |
| 02/16/2000 | 84 | NOTICE of Change of Address by FORE Systems Inc. of Fish & Richardson's California office to 4350 La Jolla Village Drive, Suite 500, San Diego, CA 92122. (sm) (Entered: 02/16/2000) |
| 02/17/2000 | 85 | NOTICE by FORE Systems Inc. to take deposition of Leonard C. Suchyta on 3/1/00 at 10:00 a.m. (sm) (Entered: 02/18/2000) |
| ==02/22/2000== | ==86== | ==Letter to the Court dated 2/22/00 by Fish & Richardson (SEALED) (sm) (Entered: 02/23/2000)== |
| 02/23/2000 | 87 | NOTICE of Subpoena For Production of Documents and Things to IEEE by FORE Systems Inc. (sm) (Entered: 02/23/2000) |
| ==02/23/2000== | ==88== | ==Letter to the Court dated 2/23/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 02/23/2000)== |
| 02/23/2000 | | **Terminated deadlines (Teleconference on 2/23/00 at 12:30 pm) per calendar notice. (sm) (Entered: 02/23/2000) |
| 02/23/2000 | | So Ordered GRANTING [77-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 02/23/2000) |
| 02/23/2000 | 89 | CERTIFICATE OF SERVICE by FORE Systems Inc. RE: Dft's suppl. reply to pltf's 1st set of interrogs. (nos. 1-12). (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 90 | SECOND NOTICE by FORE Systems Inc. to take deposition of Telcordia Technologies, Inc. on 2/24/00 at 9:30 a.m. (sm) (Entered: 02/24/2000) |

| | | |
|---|---|---|
| 02/23/2000 | 91 | NOTICE by FORE Systems Inc. to take deposition of Alexander Fraser on 2/28/00 at 10:00 a.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 92 | NOTICE by FORE Systems Inc. to take deposition of James Giacopelli on 3/3/00 at 9:00 a.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 93 | NOTICE by FORE Systems Inc. to take deposition of David Arbach on 3/3/00 at 9:00 a.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 94 | NOTICE by FORE Systems Inc. to take deposition of Mike Cook on 3/6/00 at 9:00 a.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 95 | NOTICE by FORE Systems Inc. to take deposition of Gary A. Hayward on 3/2/00 at 9:00 a.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 96 | NOTICE by FORE Systems Inc. to take deposition of Jim Alfieri on 3/6/00 at 9:00 a.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 97 | AMENDED NOTICE by FORE Systems Inc. to take deposition of Arturo Cisneros on 2/29/00 at 9:00 a.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 98 | NOTICE by FORE Systems Inc. to take deposition of Mark Emmanuel on 2/28/00 at 1:15 p.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 99 | NOTICE by FORE Systems Inc. to take deposition of Andrew Burnett on 2/28/00 at 3:30 p.m. (sm) (Entered: 02/24/2000) |
| 02/23/2000 | 100 | NOTICE by FORE Systems Inc. to take deposition of Wadid Habib on 2/28/00 at 10:00 a.m. (sm) (Entered: 02/24/2000) |
| 02/24/2000 | 101 | RULE 16 SCHEDULING ORDER setting Discovery cutoff 6/14/00 ; Deadline for filing dispositive motions 4/7/00 ; Discovery dispute teleconference on 3/22/00 at 4:30 p.m. ; Markman Hearing on 6/1/00 at 10:00 a.m. ; Pretrial conference on 6/22/00 at 11:00 a.m. ; Trial on 7/10/00 at 9:00 a.m. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 02/29/2000) |
| 02/24/2000 | | Deadline updated; reset Markman Hearing for 10:00 6/1/00 , set Discovery Teleconference for 4:30 3/22/00 (SEE D.I. 101) (sm) (Entered: 02/29/2000) |
| 02/28/2000 | 102 | MOTION by Telcordia Tech Inc. with Proposed Order for Leave to Amend its Reply and Affirmative Defenses and Counterclaim Answer Brief due 3/13/00 re: [102-1] motion (sm) (Entered: 03/01/2000) |
| 02/28/2000 | 103 | OPENING BRIEF Filed by Telcordia Tech Inc. [102-1] motion for Leave to Amend its Reply and Affirmative Defenses and Counterclaim (sm) (Entered: 03/01/2000) |
| 02/29/2000 | | **Terminated deadlines (sm) (Entered: 02/29/2000) |
| ==03/01/2000== | ==104== | ==Letter to the Court dated 3/1/00 by William J. Marsden, Jr., Esq. (SEALED) (sm) (Entered: 03/06/2000)== |
| 03/01/2000 | 105 | NOTICE by Telcordia Tech Inc. to take deposition of Mike Parton on |

| | | |
|---|---|---|
| | | 2/29/00 at 9:00 a.m. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 106 | NOTICE by Telcordia Tech Inc. to take deposition of Peter Rowley on 2/29/00 at 1:00 p.m. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 107 | NOTICE of Subpoena for the deposition and production of documents and things of Thomas J. Gill by Telcordia Tech Inc. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 108 | CERTIFICATE OF SERVICE by Telcordia Tech Inc. RE: Pltf's 1st suppl. responses to dft's 1st set of interrogs. nos. 1-18. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 109 | CERTIFICATE OF SERVICE by Telcordia Tech Inc. RE: Pltf's responses to dft's 2nd request for inspection and production of documents and things nos. 140-174. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 110 | CERTIFICATE OF SERVICE by Telcordia Tech Inc. RE: Pltf's amended notice of subpoena for the deposition and production of documents and things of Vitesse Semiconductor Corp. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 111 | NOTICE by FORE Systems Inc. to take deposition of J. R. Beyster on 3/1/00 at 10:00 a.m. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 112 | NOTICE by FORE Systems Inc. to take deposition of Alexander Fraser on 2/28/00 at 10:00 a.m. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 113 | NOTICE by FORE Systems Inc. to take deposition of Douglas E. Scott on 3/1/00 at 2:00 p.m. (sm) (Entered: 03/06/2000) |
| 03/01/2000 | 114 | NOTICE by FORE Systems Inc. to take deposition of Peter L. Michaelson on 2/22/00 at 1:00 p.m. (sm) (Entered: 03/06/2000) |
| 03/02/2000 | 115 | Letter to the Court dated 3/2/00 by Richard K. Herrmann, Esq. RE: Pltf's response to dft's letter dated 3/1/00 regading discovery issues. (sm) (Entered: 03/06/2000) |
| 03/03/2000 | 116 | NOTICE by Telcordia Tech Inc. to take deposition of Edward L. Pencoske on 3/3/00 at 9:00 a.m. (sm) (Entered: 03/06/2000) |
| 03/06/2000 | 117 | NOTICE by FORE Systems Inc. to take deposition of Ivan P. Auer on 3/3/00 at 9:00 a.m. (sm) (Entered: 03/08/2000) |
| 03/06/2000 | 118 | NOTICE by FORE Systems Inc. to take deposition of Kenneth Rubenstein on 3/2/00 at 10:00 a.m. (sm) (Entered: 03/08/2000) |
| 03/07/2000 | 119 | SEALED Letter to the Court dated 3/7/00 by William J. Marsden, Jr., Esq. RE: Dft's response to pltf's reply to dft's sur-reply letter of 3/1/00. (sm) Modified on 7/27/2006 (rpg, ). (Entered: 03/09/2000) |
| 03/08/2000 | 120 | Letter to the Court dated 3/8/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 03/10/2000) |
| 03/08/2000 | 121 | CERTIFICATE OF SERVICE by FORE Systems Inc. RE: Df's reply to |

| | | |
|---|---|---|
| | | pltf's 3rd set of interrogs. (nos. 16-20). (sm) (Entered: 03/13/2000) |
| 03/08/2000 | 122 | CERTIFICATE OF SERVICE by FORE Systems Inc. RE: Dft's reply to pltf's 1st set of requests for admissions (nos. 1-4). (sm) (Entered: 03/13/2000) |
| 03/08/2000 | 123 | CERTIFICATE OF SERVICE by FORE Systems Inc. RE: Dft's reply to pltf's 3rd set of requests for inspection and/or production of documents and things (nos. 160-161). (sm) (Entered: 03/13/2000) |
| 03/10/2000 | 124 | CERTIFICATE OF SERVICE by Telcordia Tech Inc. RE: Pltf's responses to dft's 2nd set of interrogs. nos. 19-30. (sm) (Entered: 03/13/2000) |
| 03/13/2000 | 125 | CROSS MOTION by FORE Systems Inc. for Leave to Amend its Answer and Counterclaims Opening brief due 3/27/00 re: [125-1] cross motion (sm) (Entered: 03/14/2000) |
| 03/13/2000 | 126 | OPENING BRIEF Filed by FORE Systems Inc. [125-1] cross motion for Leave to Amend its Answer and Counterclaims - Answer Brief due 3/27/00 (sm) (Entered: 03/14/2000) |
| 03/13/2000 | 126 | BRIEF IN OPPOSITION Filed by FORE Systems Inc. [102-1] motion for Leave to Amend its Reply and Affirmative Defenses and Counterclaim - Reply Brief due 3/20/00 (sm) (Entered: 03/14/2000) |
| 03/13/2000 | 127 | MOTION by Telcordia Tech Inc. with Proposed Order for Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 For Failure to Disclose the Best Mode and/or Failure to Enable the Claimed Invention Answer Brief due 3/27/00 re: [127-1] motion (sm) (Entered: 03/14/2000) |
| 03/13/2000 | 128 | OPENING BRIEF Filed by Telcordia Tech Inc. [127-1] motion for Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 For Failure to Disclose the Best Mode and/or Failure to Enable the Claimed Invention (SEALED) (sm) (Entered: 03/14/2000) |
| 03/13/2000 | 129 | Appendix to Brief Filed by Telcordia Tech Inc. Appending [128-1] opening brief (SEALED) (sm) (Entered: 03/14/2000) |
| 03/17/2000 | 130 | NOTICE by FORE Systems Inc. to take deposition of James W. Falk on 3/6/00 at 9:00 a.m. (sm) (Entered: 03/21/2000) |
| 03/17/2000 | 131 | Letter to the Court dated 3/17/00 by Richard K. Herrmann, Esq. RE: The parties have agreed to permit each other's amendment of the pleadings, as proposed in certain motions presently pending before the Court. A stipulation will be filed shortly. (sm) (Entered: 03/21/2000) |
| 03/21/2000 | 132 | Letter to the Court dated 3/21/00 by William J. Marsden, Jr., Esq. (SEALED) (sm) (Entered: 03/21/2000) |
| 03/22/2000 | 133 | STIPULATION with proposed order as follows: 1) Dft. agrees to withdraw its opposition to pltf's motion for leave to amend its reply and affirmative defenses and counterclaim dated 2/28/00 ("Telecordia's Motion"), and to permit pltf. to amend its pleadings to the extent set forth |

| | | |
|---|---|---|
| | | in Exhibit B of the opening brief in support of Pltf's motion 2) Pltf. agrees to refrain from filing its opposition to dft's cross-motion for leave to amend its answer and counterclaims dated 3/13/00 ("Fore's Motion"), and to permit dft. to amend its pleadings to the extent set forth in Exhibit B to the opening brief in support of dft's motion 3) The parties agree that their respective pleadings will be amended, and that Exhibit B of pltf's motion and Exhibit B of dft's motion will be deemed filed, upon the Court's entry of the order approving the stipulation herein 4) The filing of further pleadings in response to the pleadings amended by this stipulation will not be required or permitted, and the allegations of any counterclaim amended by this stipulation will be deemed to be "denied" by the opposing party. (sm) (Entered: 03/23/2000) |
| 03/22/2000 | 134 | Letter to the Court dated 3/22/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 03/24/2000) |
| 03/22/2000 | 135 | Letter to the Court dated 3/22/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 03/24/2000) |
| 03/22/2000 | | Discovery teleconference held (Farnan, J), B. Gaffigan, rptr; The Court will resolve the dispute at the Markman Hearing on 3/23/00 in CA 98-586 JJF. (sm) (Entered: 03/27/2000) |
| 03/23/2000 | 136 | Letter to the Court dated 3/23/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 03/27/2000) |
| 03/24/2000 | 137 | TRANSCRIPT filed [0-0] discovery hearing for dates of 3/22/00, B. Gaffigan, rptr. (sm) (Entered: 03/28/2000) |
| 03/27/2000 | 138 | OPPOSITION Filed by FORE Systems Inc. [127-1] motion for Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 For Failure to Disclose the Best Mode and/or Failure to Enable the Claimed Invention - Reply Brief due 4/3/00 (SEALED) (sm) (Entered: 03/28/2000) |
| 03/27/2000 | 139 | Declaration of Eric C. Cooper in Support of Fore System, Inc.'s Opposition to Telcordia Technologies, Inc.'s Motion For Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 For Failure to Disclose the Best Mode and/or Failure to Enable the Claimed Invention (SEALED) (sm) (Entered: 03/28/2000) |
| 03/27/2000 | 140 | Declaration of William J. Marsden, Jr. in Support of Fore System's Opposition to Telcordia's Motion For Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 For Failure to Disclose the Best Mode and/or Failure to Enable the Claimed Invention (SEALED) (sm) (Entered: 03/28/2000) |
| 03/27/2000 | 141 | Steno Notes for 3/22/00 teleconference, B. Gaffigan, rptr. (sm) (Entered: 03/28/2000) |
| 03/27/2000 | | So Ordered GRANTING [133-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 03/29/2000) |
| 03/27/2000 | | WITHDRAWAL of [125-1] cross motion for Leave to Amend its Answer and Counterclaims, [102-1] motion for Leave to Amend its |

| | | |
|---|---|---|
| | | Reply and Affirmative Defenses and Counterclaim (SEE STIPULATION, D.I. 133) (sm) (Entered: 03/29/2000) |
| 03/28/2000 | 142 | Letter to the Court dated 3/27/00 by William J. Marsden, Jr., Esq. RE: Dft. requests the Court delay ruling upon the document production issue until 3/31/00, to allow the parties sufficient time to prepare and submit a proposed order. (sm) (Entered: 03/29/2000) |
| 03/29/2000 | 143 | MOTION by Telcordia Tech Inc. for Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 Based on the On-Sale Bar Answer Brief due 4/12/00 re: [143-1] motion (SEALED) (sm) (Entered: 03/30/2000) |
| 03/29/2000 | 144 | OPENING BRIEF Filed by Telcordia Tech Inc. [143-1] motion for Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 Based on the On-Sale Bar (SEALED) (sm) (Entered: 03/30/2000) |
| 03/29/2000 | 145 | Appendix of Exhibits to Brief Filed by Telcordia Tech Inc. Appending [144-1] opening brief (SEALED) (sm) (Entered: 03/30/2000) |
| 04/03/2000 | 146 | Letter to the Court dated 4/3/00 by William J. Marsden, Jr., Esq. RE: The parties believe they have resolved the issue that dft. wrote in its letter to the Court of 3/27/00. (sm) (Entered: 04/06/2000) |
| 04/03/2000 | 147 | REPLY IN SUPPPORT Filed by Telcordia Tech Inc. [127-1] motion for Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 For Failure to Disclose the Best Mode and/or Failure to Enable the Claimed Invention (SEALED) (sm) (Entered: 04/07/2000) |
| 04/04/2000 | 148 | MOTION by Telcordia Tech Inc. To Sequence The Order Of Trials Answer Brief due 4/18/00 re: [148-1] motion (SEALED) (sm) (Entered: 04/07/2000) |
| 04/04/2000 | 149 | OPENING BRIEF Filed by Telcordia Tech Inc. [148-1] motion To Sequence The Order Of Trials (SEALED) (sm) (Entered: 04/07/2000) |
| 04/04/2000 | 150 | Appendix to Brief Filed by Telcordia Tech Inc. Appending [149-1] opening brief (SEALED) (sm) (Entered: 04/07/2000) |
| 04/07/2000 | 151 | MOTION by FORE Systems Inc. with Proposed Order to Extend Deadline For Filing Dispositive Motions Answer Brief due 4/21/00 re: [151-1] motion (sm) (Entered: 04/11/2000) |
| 04/07/2000 | 152 | LETTER BRIEF IN SUPPORT Filed by FORE Systems Inc. [151-1] motion to Extend Deadline For Filing Dispositive Motions (sm) (Entered: 04/11/2000) |
| 04/07/2000 | 153 | MOTION by Telcordia Tech Inc. with Proposed Order for Summary Judgment of Noninfringement of Fore Systems, Inc.'s U.S. Patent No. 5,689,512 Answer Brief due 4/21/00 re: [153-1] motion (sm) (Entered: 04/11/2000) |
| 04/07/2000 | 154 | OPENING BRIEF Filed by Telcordia Tech Inc. [153-1] motion for Summary Judgment of Noninfringement of Fore Systems, Inc.'s U.S. Patent No. 5,689,512 (SEALED) (sm) (Entered: 04/11/2000) |
| | | |

| | | |
|---|---|---|
| 04/10/2000 | 155 | OPENING MARKMAN BRIEF by FORE Systems Inc. (sm) (Entered: 04/12/2000) |
| 04/10/2000 | 156 | Declaration of William J. Marsden, Jr. in Support of Fore System, Inc.'s Opening Markman Brief (sm) (Entered: 04/12/2000) |
| 04/10/2000 | 157 | BRIEF IN SUPPORT of Its Claim Interpretation Analysis by Telcordia Tech Inc. (SEALED) (sm) (Entered: 04/12/2000) |
| 04/10/2000 | 158 | Appendix to Brief Filed by Telcordia Tech Inc. Appending [157-1] Brief in Support of its Claim Interpretation Analysis (SEALED) (sm) (Entered: 04/12/2000) |
| 04/10/2000 | 159 | Letter to the Court dated 4/20/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 04/12/2000) |
| 04/11/2000 | 160 | ORDER Granting Fore System, Inc.'s Motion to Compel Production of Documents, and Granting Telcordia Technologies, Inc.'s Motion to Compel Production of Documents. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 04/13/2000) |
| 04/11/2000 | 161 | Letter to the Clerk of the Court dated 4/11/00 by William J. Marsden, Jr., Esq. RE: Enclosed 2 sets of the table of contents and table of authorities to Dft's Opening Markman Brief that were inadvertently omitted. (sm) (Entered: 04/13/2000) |
| 04/12/2000 | 162 | OPPOSITION Filed by FORE Systems Inc. [143-1] motion for Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 Based on the On-Sale Bar - Reply Brief due 4/19/00 (SEALED) (sm) (Entered: 04/13/2000) |
| 04/12/2000 | 163 | Declaration of Eric C. Cooper in Support of Dft's Opposition (D.I. 162) (SEALED) (sm) (Entered: 04/13/2000) |
| 04/12/2000 | 164 | Declaration of William J. Marsden, Jr. in Support of Dft's Opposition (D.I. 162) (SEALED) (sm) (Entered: 04/13/2000) |
| 04/13/2000 | | **Terminated deadlines (sm) (Entered: 04/13/2000) |
| 04/13/2000 | 165 | ORDER that Dft's [151-1] motion to Extend Deadline For Filing Dispositive Motions is DENIED. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 04/17/2000) |
| 04/14/2000 | 167 | Letter to the Court dated 4/14/00 by William J. Marsden, Jr., Esq. RE: Enclosed letter from Gregory P. Huwe, Assistant Attorney General, State of Minnesota seeking relief from the order granting motions to compel dated 4/11/00. (sm) Modified on 04/17/2000 (Entered: 04/17/2000) |
| 04/14/2000 | 166 | Letter to the Court dated 4/14/00 by William J. Marsden, Jr., Esq. RE: Dft. advises the Court that 3 of its customers have instructed FORE not to produce their network diagrams. These customers will be filing a letter brief outlining their positions. (sm) (Entered: 04/17/2000) |
| 04/14/2000 | | **Added party State of Minnesota as movant (SEE D.I. 167) (sm) (Entered: 04/17/2000) |

| | | |
|---|---|---|
| 04/14/2000 | 168 | Letter to the Court dated 4/12/00 by Roger N. Parker, Esq. RE: Memorial Sloan-Kettering Cancer Center requests the Court protect patient information as confidential. (sm) (Entered: 04/17/2000) |
| 04/14/2000 | | **Added party Memorial Sloan as movant (SEE D.I. 168). (sm) (Entered: 04/17/2000) |
| 04/18/2000 | 169 | STIPULATED Order with proposed order that the date by which dfts' must file its opposition to Pltf's Motion to Sequence the Order of Trials is extended to 4/19/00. (sm) (Entered: 04/18/2000) |
| 04/19/2000 | | So Ordered Stipulated Brief Schedule re: [148-1] motion To Sequence The Order Of Trials Answer Brief due 4/19/00 ( signed by Judge Joseph J. Farnan Jr. ) (sm) (Entered: 04/27/2000) |
| 04/19/2000 | 170 | REPLY IN SUPPORT Filed by Telcordia Tech Inc. [143-1] motion for Summary Judgment of Invalidity of U.S. Patent No. 5,689,512 Based on the On-Sale Bar (SEALED) (sm) (Entered: 04/27/2000) |
| 04/20/2000 | | Deadline updated; set Telephone Conference for 2:00 4/20/00 per calendar notice. (sm) (Entered: 04/28/2000) |
| 04/20/2000 | | Tele-conference held (Farnan, J), B. Gaffigan, rptr; Dft's lead counsel has a family health issue. The Court will defer decision pending more information. The Court to hold teleconference on 4/24/00 at 1:00 p.m. (sm) (Entered: 04/28/2000) |
| 04/20/2000 | | Deadline updated; set Telephone Conference for 1:00 4/24/00 per calendar notice. (sm) (Entered: 04/28/2000) |
| 04/21/2000 | 171 | MOTION by FORE Systems Inc. with Proposed Order Rule 56(f) Answer Brief due 5/5/00 re: [171-1] motion (sm) (Entered: 04/28/2000) |
| 04/21/2000 | 172 | BRIEF IN SUPPORT Filed by FORE Systems Inc. [171-1] motion Rule 56(f) (sm) (Entered: 04/28/2000) |
| 04/21/2000 | 173 | Declaration of William J. Marsden, Jr. in Support of Fore System, Inc.'s 56(f) Motion (D.I. 171) (SEALED) (sm) (Entered: 04/28/2000) |
| 04/21/2000 | 174 | OPPOSITION Filed by FORE Systems Inc. [153-1] motion for Summary Judgment of Noninfringement of Fore Systems, Inc.'s U.S. Patent No. 5,689,512 - Reply Brief due 4/28/00 (SEALED) (sm) (Entered: 04/28/2000) |
| 04/21/2000 | 175 | Declaration of William J. Marsden, Jr. in Support of Fore System, Inc.'s Opposition to Telcordia's Motion For Summary Judgment of Noninfringement of U.S. Patent No. 5,689,512 (D.I. 174) (SEALED) (sm) (Entered: 04/28/2000) |
| 04/21/2000 | 176 | PARTIAL OPPOSITION Filed by FORE Systems Inc. [148-1] motion To Sequence The Order Of Trials - Reply Brief due 4/28/00 (SEALED) (sm) (Entered: 05/01/2000) |
| 04/21/2000 | 177 | Declaration of J. Andrew Huffman RE: Bellcore's Motion to Sequence the Order of Trials (SEALED) (sm) (Entered: 05/01/2000) |

| | | |
|---|---|---|
| 04/24/2000 | | **Terminated deadlines (Teleconference on 4/24/00 at 1:00 p.m.) per calendar notice. (sm) (Entered: 05/01/2000) |
| 04/24/2000 | 178 | RESPONSIVE MARKMAN BRIEF by FORE Systems Inc. (sm) (Entered: 05/01/2000) |
| 04/24/2000 | 179 | Declaration of J. Andrew Huffman in Support of Fore System, Inc.'s Responsive Markman Brief (sm) (Entered: 05/01/2000) |
| 04/24/2000 | 180 | REPLY BRIEF by Telcordia Tech Inc. in support of [157-1] its Claim Interpretation Analysis (SEALED) (sm) (Entered: 05/01/2000) |
| 04/24/2000 | 180 | BRIEF by Telcordia Tech Inc. in opposition to [155-1] trial brief (SEALED) (sm) (Entered: 05/01/2000) |
| 04/28/2000 | 181 | MEMORANDUM ORDER that the Defendant shall file a Motion to Reconsider the Court's 4/11/00 Order with Opening Brief pursuant to the Local Rules no later than 5/3/00. The Plaintiff shall file its Answering Brief no later than 5/5/00. The Defendant shall file its Reply Brief no later than 5/8/00. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 05/03/2000) |
| 05/03/2000 | 182 | Letter to the Court dated 5/3/00 by Richard K. Herrmann, Esq. RE: Pltf's proposed dates for trial for this case as well as CA 98-586 JJF. (sm) (Entered: 05/08/2000) |
| 05/03/2000 | 183 | STIPULATED ORDER with proposed order related to the 3 of Fore's customers that requested to be heard (SEE STIP. FOR DETAILS) (sm) (Entered: 05/08/2000) |
| 05/04/2000 | 184 | Letter to the Court dated 5/4/00 by Richard K. Herrmann, Esq. RE: The parties are available for trial in the 98-586 action beginning 8/14/00 if the Court's calendar permits. The parties request a teleconference to set trial dates in this action as well as CA 98-586 JJF. (sm) (Entered: 05/09/2000) |
| 05/10/2000 | | So Ordered GRANTING [183-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 05/12/2000) |
| 05/17/2000 | 185 | RESPONSE Filed by Telcordia Tech Inc. [171-1] motion Rule 56(f) - Reply Brief due 5/24/00 (SEALED) (sm) (Entered: 05/19/2000) |
| 05/17/2000 | 186 | REPLY IN SUPPORT Filed by Telcordia Tech Inc. [153-1] motion for Summary Judgment of Noninfringement of Fore Systems, Inc.'s U.S. Patent No. 5,689,512 (SEALED) (sm) (Entered: 05/19/2000) |
| 05/24/2000 | 187 | REPLY IN SUPPORT Filed by FORE Systems Inc. [171-1] motion Rule 56(f) (SEALED) (sm) (Entered: 05/30/2000) |
| 05/24/2000 | 188 | Declaration of J. Andrew Huffman in Support of Dft's Reply in Support of its Rule 56(f) Motion (SEALED) (sm) (Entered: 05/30/2000) |
| 05/26/2000 | 189 | Letter to the Court dated 5/26/00 by Richard K. Herrmann, Esq. RE: The parties request the Markman Hearing scheduled for 6/1/00 be postponed. (sm) (Entered: 05/30/2000) |
| | | |

| | | |
|---|---|---|
| | | AT&T Corporation and AT&T Cable Services on 8/24/00 at 9:00 a.m. (sm) (Entered: 08/11/2000) |
| 08/07/2000 | 200 | NOTICE by Telcordia Tech Inc. to take deposition and Subpoena Duces Tecum of Jorge E. Aponte, Director of Office of Management and Budget on 8/30/00 at 9:00 a.m. (sm) (Entered: 08/11/2000) |
| 08/07/2000 | 201 | NOTICE by Telcordia Tech Inc. to take deposition and Subpoena Duces Tecum of Ameritrade Holding Corporation on 8/28/00 at 9:00 a.m. (sm) (Entered: 08/11/2000) |
| 08/07/2000 | 202 | NOTICE by Telcordia Tech Inc. to take deposition and Subpoena Duces Tecum of Time Warner Telecom on 8/21/00 at 9:00 a.m. (sm) (Entered: 08/11/2000) |
| 08/07/2000 | 203 | NOTICE by Telcordia Tech Inc. to take deposition and Subpoena Duces Tecum of Phillips Petroleum Company on 8/29/00 at 9:00 a.m. (sm) (Entered: 08/11/2000) |
| 08/07/2000 | 204 | NOTICE by Telcordia Tech Inc. to take deposition and Subpoena Duces Tecum of Road Runner LLC on 8/22/00 at 9:00 a.m. (sm) (Entered: 08/11/2000) |
| 08/07/2000 | 205 | NOTICE by Telcordia Tech Inc. to take deposition and Subpoena Duces Tecum of Donaldson, Lufkin & Jenrette Securities Corporation on 8/25/00 at 9:00 a.m. (sm) (Entered: 08/11/2000) |
| 08/08/2000 | 206 | REVISED NOTICE by Telcordia Tech Inc. to take deposition and Subpoena Duces Tecum of Time Warner Telecom on 8/21/00 at 9:00 a.m. (sm) (Entered: 08/11/2000) |
| 08/10/2000 | 207 | Letter to the Court dated 8/10/00 by Richard K. Herrmann, Esq. RE: Pltf. requests additional discovery time of 3rd party customers and conultants of FORE Systems. Proposed order attached. (sm) (Entered: 08/14/2000) |
| 08/11/2000 | 208 | Letter to the Court dated 8/11/00 by William J. Marsden, Jr., Esq. RE: Dft. requests the Court to quash and order the withdrawal of 3rd party subpoenas that pltf. recently issued upon 8 of dft's customers concerning discovery. (sm) (Entered: 08/15/2000) |
| 08/14/2000 | 209 | Letter to the Court dated 8/14/00 by J. Andrew Huffman, Esq. RE: Dft's summarized position on pltf's discovery issues and to make clear dft's requested relief. (sm) (Entered: 08/15/2000) |
| 08/15/2000 | 210 | Letter to the Court dated 8/15/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 08/17/2000) |
| 08/16/2000 | 211 | Letter to the Court dated 8/16/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 08/17/2000) |
| 09/08/2000 | | **Terminated deadlines, Pretrial conference on 10/5/00 at 1:00 p.m. and Jury trial on 11/6/00 at 1:00 p.m. per calendar notice (sm) (Entered: 09/12/2000) |
| 09/21/2000 | 212 | ORDER cancelling the pretrial conference on 10/5/00 and the trial on |