OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Dale R. Dube
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
Email: dube@blankrome.com

RE: Telcordia Technologies Inc., v. FORE Systems Inc.
Civ. No.: 99-357 JJF

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS: 120, 128, 129, 134, 135, 136, 143, 144, 145, 147, 148, 149, 150, 154, 157, 158, 159, 170, 180, 185, 186, 210, and 211.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *[signature]*

I hereby acknowledge receipt of the above mentioned documents on  AUG 2 1 2006  .

*[signature]*
Signature