OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*August 16, 2006*

*William J. Marsden, Jr.*
*Fish & Richardson, P.C.*
*919 N. Market Street, Suite 1100*
*P.O. Box 1114*
*Wilmington, DE 19899-1114*
*(302) 652-5070*
*Email: marsden@fr.com*

*RE:  Telcordia Technologies Inc., v. FORE Systems Inc.*
      *Civ. No.: 99-357 JJF*

*Dear Counsel:*

        *Pursuant to the Order entered on 8/11/06  by Judge Joseph J.*
*Farnan, Jr., the following documents are herewith being returned to*
*you:*

*ITEMS:     53, 54, 86, 104, 119, 132, 138, 139, 140, 162, 163, 164,*
*           173, 174, 175, 176, 177, 187, and 188.*

      *A copy of the signed acknowledgment has been attached for your*
*records.*

                                *Sincerely,*

                                *Peter T. Dalleo, Clerk*

                                *By:* _Buotto Walson_

*I hereby acknowledge receipt of the above mentioned documents*

*on* ___AUG 2 1 2006___ .

                                _____
                                *Signature*